# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __5:15-cr-00013-JLT__

U.S.A.
v.
KEVIN RAY

| ORDER TO PAY |

**FILED**
MAY 0 3 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(this area intentionally left blank)

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ __965.00__   (✓) **Penalty ASSESSMENT** of $ __10.00__

(✓) **PROCESSING Fee** of $ __25.00__   for a **TOTAL AMOUNT** of $ __1,000.00__ ,

paid within __60__ days.   OR payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

(✓) REVIEW/Post Sentencing HEARING DATE: __11/1/2016__ at __9:00__ (a.m.)/p.m. in Dept. ____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. ____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: __One year__

**Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| [ ] CENTRAL VIOLATIONS BUREAU | [✓] CLERK, U.S.D.C. | [ ] (Traffic School payments / certificates are mailed to) |
|---|---|---|
| PO Box 71363 | 2500 Tulare St., Rm 1501 | U.S. Courts - CVB |
| Philadelphia, PA 19176-1363 | Fresno, CA 93721 | PO Box 780549 |
| 1-800-827-2982 | 559-499-5600 | San Antonio, TX 78278-0549 |
| | | 1-800-827-2982 |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __5/3/2016__      __/s/ Jennifer L. Thurston__
                         U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007